

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| PORT CITY CONTRACTING SERVICES, INC. | **22-02917-5-DMW** |
| DEBTOR. | CHAPTER 7 |

## **OBJECTION**

Robert Paul Sharpe, Appellant, objects to this Court refusing public access to [DE 375].

### DISCUSSION

We join the Second Circuit and hold that the public and press's First Amendment qualified right of access to civil proceedings extends to docket sheets.

The ability of the public and press to inspect docket sheets is a critical component to providing meaningful access to civil proceedings. The docket sheet provides onlookers an overview of the court proceedings and allows them to ascertain the parties to the case, the materials that have been filed, and the trial judge's decisions. *See United States v. Ochoa-Vasquez,* 428 F.3d 1015, 1029 n.15 (11th Cir. 2005). Access to docket sheets therefore enhances the appearance of fairness and enlightens the public both to the procedures the district court utilized to adjudicate the claims before it and to the materials it relied upon in reaching its determinations. In this respect, "docket sheets provide a kind of index to judicial proceedings and documents, and endow the public and press with the capacity to exercise their rights guaranteed by the First Amendment." *Hartford Courant Co.*, 380 F.3d at 93.

*Co. Doe v. Public Citizen*, 749 F.3d 246, 268 (4th Cir. 2014)

This Court has allowed Appellant's service-connected disabilities to be mocked and encourages discrimination; most recently, parties stated Appellant

suffers from "Dunning-Kruger" syndrome, *see* [DE 374]. Request to be heard about trustee misconduct, repeatedly threatened and punished.

This Court conceals evidence of misconduct when recusal is requested. Despite presenting proof of ethical failures, the Constitution is ignored, and information is hidden from public view. This Court's ongoing departure from uniformity requirements is further emphasized this additional misconduct. These persistent violations of the First Amendment rights, due process, and judicial ethics must cease.

If this Court wishes to accuse Appellant of defamatory statements, this Court *must* give notice of the explicit statement that is defamatory. Appellant is prepared to stand by all statements and has a right to due process, in public view.

Respectfully submitted this 11th day of March 2025,

/s/ Robert Sharpe

Robert Paul Sharpe
245 Royal Fern Rd
Wilmington NC 28412
wilmingtondiver@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **REPLY MEMORANDUM**, which will send notification of such filing to all CM/ECF participants in this case.

Respectfully submitted this 11th day of March 2025,

/s/ Robert Sharpe

Robert Paul Sharpe
245 Royal Fern Rd
Wilmington NC 28412
wilmingtondiver@gmail.com